UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| LAWRENCE C. BURRHUS, II, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 4:13-cv-37 |
| v. ) | |
| ) | Judge Mattice |
| HOMEWARD RESIDENTIAL, INC., *et al.*, ) | Magistrate Judge Lee |
| ) | |
| *Defendants*. ) | |
| ) | |

## JUDGMENT

This case came before the Court on the Defendants Motions to Dismiss. (Docs. 11, 13). The Honorable Harry S. Mattice, Jr., United States District Judge, having granted the Motions,

It is **ORDERED AND ADJUDGED** that Plaintiff's federal claims be, and hereby are, **DISMISSED WITH PREJUDICE**, and that Plaintiff's state law claims be, and hereby are **DISMISSED WITHOUT PREJUDICE**.

Dated at *Chattanooga, Tennessee*, this 26th day of November, 2013.

　　　　　　　　　　　　　　　　　　　　　　　/s/ *Debra C. Poplin*
　　　　　　　　　　　　　　　　　　　　　　　Debra C. Poplin
　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT